IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY WASHINGTON SR., | : Civil No. 3:21-cv-1196 |
| Petitioner | : (Judge Mariani) |
| v. | : |
| H. QUAY, WARDEN, | : |
| Respondent | : |

**ORDER**

**AND NOW**, this 30th day of July, 2021, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The pending motions (Docs. 4, 8) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge